IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REAL TIME SOCIAL INVENTIONS, LLC,

Plaintiff,

v.

Civil Action No. _____

ORACLE CORPORATION,

JURY TRIAL DEMANDED

Defendant.

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Real Time Social Inventions, LLC states its complaint against Oracle Corporation and alleges as follows:

### THE PARTIES

1.     Plaintiff Real Time Social Inventions, LLC ("RTSI") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Boca Raton, Florida.

2.     Upon information and belief, Defendant Oracle Corporation ("Defendant") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 500 Oracle Parkway, Redwood Shores, California.

### JURISDICTION AND VENUE

3.     Plaintiff realleges and incorporates by reference the above paragraphs of this Complaint, inclusive, as though fully set forth herein.

4.     This action is for patent infringement pursuant to the patent laws of the United States, 35 U.S.C. §§ 1 et seq. This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Defendant because Defendant has established minimum contacts with Delaware such that the maintenance of this suit does not offend traditional notions of fair play and substantial justice. On information and belief, Defendant has engaged in substantial, continuous, and systematic economic activity in Delaware by offering products and/or services in Delaware. On information and belief, Defendant has committed patent infringement within and outside Delaware that has affected persons in Delaware. Finally, Defendant is incorporated in Delaware and has purposely availed itself of the privileges and benefits of the laws of the State of Delaware

6.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Defendant resides in this District and, on information and belief, has committed acts of infringement in this District and has transacted business in this District.

## COUNT ONE

## INFRINGEMENT OF U.S. PATENT NO. 7,853,881

7.     Plaintiff realleges and incorporates by reference the above paragraphs of this Complaint, inclusive, as though fully set forth herein.

8.     Plaintiff is the owner of all right, title, and interest in United States Patent No. 7,853,881, entitled "Multi-User On-Line Real-Time Virtual Social Networks Based Upon Communities of Interest for Entertainment, Information or E-Commerce Purposes," duly and legally issued by the United States Patent and Trademark Office on December 14, 2010 (the "'881 patent"). A true and correct copy of the '881 patent is attached hereto as Exhibit A.

9.     The '881 patent generally describes and claims a method and computer network for interacting in real-time with online users of social networks within an interactor zone.

10.   Defendant has infringed, and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '881 patent under 35 U.S.C. § 271 by making, using, offering to sell, and/or selling the patented invention within the United States. Specifically, Defendant has infringed and continues to infringe the '881 patent by making, using, offering to sell, and/or selling its Oracle Social Network product and service.

11.   As a result of Defendant's infringing activities, RTSI has suffered damages in an amount not yet ascertained. RTSI is entitled to recover damages adequate to compensate it for Defendant's infringing activities in an amount to be determined at trial, but in no event less than reasonable royalties, together with interest and costs.

12.   RTSI reserves the right to allege, after discovery, that Defendant's infringement is willful and deliberate, entitling RTSI to increased damages under 35 U.S.C. § 284, and to attorneys' fees incurred in prosecuting this action under 35 U.S.C. § 285.

**PRAYER FOR RELIEF**

RTSI requests entry of judgment in its favor against Defendant as follows:

a) For a declaration that Defendant has infringed, directly and/or indirectly, one or more claims of the '881 patent;

b) For an award of damages adequate to compensate RTSI for Defendant's infringement of the '881 patent, but in no event less than a reasonable royalty, together with prejudgment and post-judgment interest and costs, in an amount according to proof;

c) For an entry of a permanent injunction enjoining Defendant, and its respective officers, agents, employees, and those acting in privity with Defendant, from further infringement of the '881 patent, or in the alternative, awarding a royalty for post-judgment infringement; and

3

d) For an award to RTSI of such other costs and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, RTSI respectfully requests a trial by jury.

Dated: February 14, 2012                    Respectfully submitted,


/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com

Attorneys for Plaintiff Real Time
Social Inventions, LLC