IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-187 (RGA) |
| | ) | |
| ORACLE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effectively immediately, the address for attorney Patricia Young of Kasowitz, Benson, Torres & Friedman LLP, counsel of record for Oracle Corporation, has changed to 333 Twin Dolphin Drive, Suite 200 Redwood Shores, CA 94065.

The new telephone number is (650) 453-5418 and the new facsimile number is (650) 362-9316.

The attorney's e-mail address remains the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Douglas E. Lumish
Patricia Young
KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5502

Michael B. Eisenberg
KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1780

March 29, 2012
5835940

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
   *Attorneys for Oracle Corporation*