IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-187-RGA |
| ORACLE CORPORATION, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

Before the Court is a motion to dismiss for failure to state a claim. (D.I. 10).

Plaintiff's complaint raises only a claim of direct infringement of one patent. The patent is entitled, "Multi-User On-Line Real-Time Virtual Social Networks Based upon Communities of Interest for Entertainment, Information or E-Commerce Purposes." The independent claims are method (claims 1 & 17) and apparatus (22).

The defendant's motion is to dismiss claims of indirect infringement. Plaintiff has not asserted indirect infringement claims.

Thus, the Motion to Dismiss (D.I. 10) is **DISMISSED AS MOOT**.

June 29 2012
Date

Richard G. Andrews
United States District Judge