IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORACLE CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 12-187 (RGA) |

**<u>ORACLE CORPORATION'S CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Oracle Corporation hereby submits its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Oracle Corporation has no parent corporation and no publicly held corporation owns 10% or more of Oracle Corporation's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Douglas E. Lumish
Patricia Young
KASOWITZ BENSON
TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
(650) 453-5170

Michael Eisenberg
KASOWITZ BENSON
TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1780

July 2, 2012
6015632

*/s/ Stephen J. Kraftschik*

Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com
skraftschik@mnat.com
   *Attorneys for Oracle Corporation*