IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-187 (RGA) |
| | ) |
| ORACLE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORACLE'S MOTION TO STAY PROCEEDINGS PENDING THE OUTCOME OF
THE *INTER PARTES* REEXAMINATION OF U.S. PATENT NO. 7,853,881**

Defendant Oracle Corporation hereby joins in the August 27, 2012 Motion to Stay filed in the cases related to this action by Conduit USA, Inc., Facebook, Inc., Glam Media, Inc., Ning, Inc., Rockmelt, Inc., and Salesforce.com, Inc., *see Real Time Social Inventions, LLC v. Facebook, Inc.,* C.A. No. 12-185 (RGA) at D.I. 22, and moves to stay this action pending the outcome of the *inter partes* reexamination of U.S. Patent No. 7,853,881.  The grounds for this motion are set forth in the August 27, 2012 Opening Brief in Support of Defendants' Motion to Stay Proceedings Pending the Outcome of the *Inter Partes* Reexamination of U.S. Patent No. 7,853,881 filed by the above-referenced parties in the related cases.  *See Real Time Social Inventions, LLC v. Facebook, Inc.,* C.A. No. 12-185 (RGA) at D.I. 23.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Mary B. Graham*
          _____
          Mary B. Graham (#2256)
          Stephen J. Kraftschik (#5623)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          mgraham@mnat.com
          skraftschik@mnat.com
             *Attorneys for Oracle Corporation*

OF COUNSEL:

Douglas E. Lumish
Patricia Young
Joseph B. Shear
KASOWITZ BENSON
TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
(650) 453-5170

Michael Eisenberg
KASOWITZ BENSON
TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1780

August 31, 2012
6345631

## RULE 7.1.1 CERTIFICATION

The Plaintiff has already expressed its opposition to a stay pending reexamination, which is the relief requested by this motion. *See Real Time Social Inventions, LLC v. Facebook, Inc.,* C.A. No. 12-185 (RGA) at D.I. 22-2 (Defendant's Rule 7.1.1 Certification).

Dated: August 31, 2012              */s/ Mary B. Graham*
                                    Mary B. Graham (#2256)