IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-182-RGA |
| | : | |
| CMI MARKETING INC., and | : | |
| MEEBO INC., | : | |
| | : | |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-184-RGA |
| | : | |
| CONDUIT USA INC., and | : | |
| CONDUIT LTD., | : | |
| | : | |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-185-RGA |
| | : | |
| FACEBOOK INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-186-RGA |
| | : | |
| GLAM MEDIA INC., and NING INC., | : | |
| | : | |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REAL TIME SOCIAL INVENTIONS LLC, :
                                 :
         Plaintiff,              :
                                 :
    v.                           :     Civil Action No. 12-187-RGA
                                 :
ORACLE CORPORATION,              :
                                 :
         Defendant.              :

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REAL TIME SOCIAL INVENTIONS LLC, :
                                 :
         Plaintiff,              :
                                 :
    v.                           :     Civil Action No. 12-188-RGA
                                 :
ROCKMELT INC.,                   :
                                 :
         Defendant.              :

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 12-189-RGA |
| : | |
| SALESFORCE.COM INC., : | |
| : | |
| Defendant. : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 12-190-RGA |
| : | |
| YAMMER INC., : | |
| : | |
| Defendant. : | |

**ORDER**

For the reasons stated in open court on September 27, 2012, and in view of Defendant Yammer's letter dated October 3, 2012 (D.I. 31 in C.A. No. 12-190), and subsequent correspondence (D.I. 32 & 33 in C.A. No. 12-190), IT IS HEREBY ORDERED, this 10th day of October 2012, that all pending motions to stay are **GRANTED**, and the above-captioned actions are **STAYED** pending resolution of the *inter partes* reexamination of U.S. patent no. 7,853,881. The parties shall submit a status report every six months beginning April 1, 2013. The parties

shall promptly advise when the reexamination concludes. Should there be a material change in circumstances, any party is free to file a motion (after consultation with all other parties) to lift the stay.

                                                  */s/ Richard G. Andrews*
                                                  United States District Judge