IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-182-RGA |
| | : | |
| CMI MARKETING INC., and<br>MEEBO INC., | : | |
| | : | |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-184-RGA |
| | : | |
| CONDUIT USA INC., and<br>CONDUIT LTD., | : | |
| | : | |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 12-185-RGA |
| : | |
| FACEBOOK INC., : | |
| : | |
| Defendant. : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 12-186-RGA |
| : | |
| GLAM MEDIA INC., and NING INC., : | |
| : | |
| Defendants. : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-187-RGA |
| | : | |
| ORACLE CORPORATION, | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-188-RGA |
| | : | |
| ROCKMELT INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC,  :  <br>  :  <br>    Plaintiff,   :  <br>  :  <br> v.    :  <br>  :  <br> SALESFORCE.COM INC.,   :  <br>  :  <br>    Defendant.   : | Civil Action No. 12-189-RGA |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS LLC,  :  <br>  :  <br>    Plaintiff,   :  <br>  :  <br> v.    :  <br>  :  <br> YAMMER INC.,   :  <br>  :  <br>    Defendant.   : | Civil Action No. 12-190-RGA |

**ORDER**

WHEREAS, the above civil actions have been stayed on October 10, 2012, pending the outcome of the Inter Partes Re-examination of U.S. Patent No. 7,853,881;

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned cases are **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the

reexamination has been resolved so that the cases may be reopened and other appropriate action taken.

10-10-2012
Date

Richard G. Andrews
United States District Judge